The Honorable Christopher M. Alston
Chapter 7
Hearing Date: December 1, 2017
Hearing Time: 1:00 p.m.
Response Date: November 24, 2017
Hearing Location: Seattle, WA

## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>DEBRA LEA WILSON,<br><br>                      Debtor.<br><br>FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina banking association<br><br>                      Plaintiff,<br><br>vs.<br><br>DEBRA LEA WILSON,<br><br>                      Defendant. | Case No. 13-20904<br><br>Adversary No. 14-01130<br><br>PLAINTIFF'S NOTICE AND MOTION FOR VOLUNTARY DISMISSAL |

## **NOTICE**

TO:         CLERK OF THE COURT
AND TO:   DEBRA LEA WILSON, Defendant
AND TO:   LARRY B. FEINSTEIN, Attorney for Defendant
AND TO:   JAMES F. RIGBY, JR., Chapter 7 Trustee
AND TO:   U.S. TRUSTEE'S OFFICE

YOU, AND EACH OF YOU, are hereby given notice that Plaintiff First-Citizens Bank & Trust Company has moved to voluntarily dismiss this denial of discharge lawsuit brought under 11 U.S.C. § 727 with prejudice and without attorney's fees and costs to any party. In exchange, the Defendant, Debtor Debra L. Wilson, has agreed to withdraw her motion for attorney's fees and cost bill that she recently filed in the Ninth Circuit Court of Appeals as part of an appeal that was filed in this adversary proceeding. The Debtor had requested $14,206.65

PLAINTIFF'S NOTICE AND MOTION FOR
VOLUNTARY DISMISSAL - 1

14705-259\ASK\784134

EISENHOWER CARLSON PLLC
Attorneys at Law

1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com

for attorney's fees and costs she incurred in the appeal to the Ninth Circuit in connection with this case. The Debtor has also agreed to pay the sum of $10,793.35 to Plaintiff by way of monthly payments of $500.00 per month secured by a confession of judgment and/or agreed order. The aforesaid sums of $14,206.65 and $10,793.35 total $25,000.

The hearing on Plaintiff's Motion for Voluntary Dismissal will be heard on December 1, 2017 at 1:00 p.m. in the United States Bankruptcy Court located at 700 Stewart Street, Seattle, Washington 98101, Courtroom 7206, and the Clerk is requested to note the motion on the motion calendar for that date.

IF YOU OPPOSE the Motion for Voluntary Dismissal, you must file your written response with the Clerk of the Court, send two (2) copies to the judge's chambers and deliver a copy to the undersigned NOT LATER THAN November 24, 2017. In the absence of an objection, the Court will be requested to grant the relief as requested herein.

A complete copy of the Motion for Voluntary Dismissal may be obtained by written request to Eisenhower Carlson PLLC and shall also be available with the office of the Clerk of the United States Bankruptcy Court or can be obtained through Pacer at the Court's web site.

**MOTION**

**COMES NOW** the Plaintiff, First-Citizens Bank & Trust Company, by and through its attorneys, Eisenhower Carlson PLLC and Alexander S. Kleinberg, to submit Plaintiff's Motion for Voluntary Dismissal. This Motion is based on all records and pleadings on file herein.

Plaintiff First-Citizens Bank & Trust Company has moved to voluntarily dismiss this denial of discharge lawsuit brought under 11 U.S.C. § 727 with prejudice and without costs or attorney's fees to any party. In exchange, the Defendant, Debtor Debra L. Wilson, has agreed to

PLAINTIFF'S NOTICE AND MOTION FOR
VOLUNTARY DISMISSAL - 2

14705-259\ASK\784134



EISENHOWER
CARLSON PLLC
Attorneys at Law

1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com

withdraw her motion for attorney's fees and cost bill that she recently filed in the Ninth Circuit Court of Appeals as part of an appeal that was filed in this adversary proceeding. The Debtor had requested $14,206.65 for attorney's fees and costs she incurred in the appeal to the Ninth Circuit in connection with this case. The Debtor has also agreed to pay the sum of $10,793.35 to Plaintiff by way of monthly payments of $500.00 per month secured by a confession of judgment and/or agreed order. The aforesaid sums of $14,206.65 plus$10,793.35 total $25,000.

Fed. R. Civ. P. 41 applies in adversary proceedings, and the bankruptcy court may dismiss a complaint objecting to the debtor's discharge at the plaintiff's instance with notice to the trustee and the United States trustee on order of the court containing terms and conditions which the court deems proper. Fed. R. Bank. P. 7041. Here, the Plaintiff and the Defendant have agreed this case should be dismissed pursuant to the foregoing terms and conditions that they themselves believe are proper. Plaintiff respectfully asks the Court to order the dismissal of this case pursuant to these terms.

DATED this 26th day of October, 2017.

EISENHOWER CARLSON PLLC

By: /s/ Alexander S. Kleinberg
    Alexander S. Kleinberg, WSBA # 34449
    Attorneys for Plaintiff First-Citizens Bank
    & Trust Company

PLAINTIFF'S NOTICE AND MOTION FOR
VOLUNTARY DISMISSAL - 3

14705-259\ASK\784134



1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com

Case 14-01130-CMA    Doc 47    Filed 10/31/17    Ent. 10/31/17 09:59:59    Pg. 3 of 3